NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000345
19-SEP-2017
11:37 AM

NO. CAAP-17-0000345

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
JENNIFER L. SPONENBERG, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(Case No. 3DTA-17-00172)

ORDER APPROVING THE AUGUST 31, 2017
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of Defendant-Appellant Jennifer L. Sponenberg's (Appellant) August 31, 2017 Stipulation for Dismissal of Appeal (Stipulation), the papers in support, and the record, it appears that (1) the appeal was docketed June 6, 2017; (2) Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b) authorizes the court to dismiss a docketed criminal appeal upon Stipulation; (3) the parties seek to dismiss the appeal; and (4) the Stipulation includes Appellant's declaration which demonstrates she understands the consequences of a voluntary dismissal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, September 19, 2017.

Chief Judge

Associate Judge

Associate Judge